USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/22/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RICHARD MEJIA,**<br><br>                              **Plaintiff,**<br><br>             -against-<br><br><br>**OTTO WILDE GRILLERS INC.,**<br><br>                              **Defendant.** | 22-cv-5370 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   September 22, 2022
             New York, New York

_/s/ Andrew L. Carter, Jr._
**ANDREW L. CARTER, JR.
United States District Judge**